APRIL 22, 2002

No. 00–1936. NEWKIRK *v.* UNITED STATES. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for fur-

ther consideration in light of *Ashcroft* v. *Free Speech Coalition,* *ante,* p. 234. 